IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEONARD C. WAFER | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 3-09-CV-1680-B |
| CORSICANA POLICE DEPARTMENT, ET AL. | § § § § | |
| Defendants. | § § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court. Plaintiff's application to proceed *in forma pauperis* is denied. Plaintiff is ordered to pay the $350.00 statutory filing fee within 20 days after the date of this order. If he fails to do so, the case will be dismissed without further notice.

SO ORDERED this 29th day of September, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE